## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

LINDA ECKERT BALLARD, *et al.*,

   Plaintiff,

v.            No. 14cv940 KG/SMV

VALENE L. FERNANDEZ, *et al.,*

   Defendanst.

### <u>FINAL ORDER</u>

 Pursuant to FED. R. CIV. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

 **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

           _____

           **UNITED STATES DISTRICT JUDGE**